IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MARIA DOSA,

    Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,

    Defendant.

CIVIL ACTION NO.
1:11-CV-2857-JEC

### **ORDER**

The Court **RECUSES** itself from consideration of the above entitled action.

It is hereby Ordered that the Clerk reassign this action in accordance with Internal Operating Procedure 905-1.

SO ORDERED, this 28th day of SEPTEMBER, 2011.

                /s/ Julie E. Carnes
                JULIE E. CARNES
                CHIEF U.S. DISTRICT JUDGE