```
                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION
```

| | |
|---|---|
| MARIA DOSA, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:11-CV-2857-CAP |
| EQUIFAX INFORMATION SERVICES, LLC, | |
| Defendant. | |

O R D E R

After reviewing the pleadings in the above-styled action, this Judge has determined that he should recuse himself from ruling on the matter, therefore,

IT IS ORDERED that the Clerk of this Court reassign this case to another judge, pursuant to the Internal Operating Procedures.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order upon the attorneys appearing for the parties in this action.

SO ORDERED, this  30th  day of September, 2011.

/s/Charles A. Pannell, Jr.
CHARLES A. PANNEL, JR.
United States District Judge